FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID EICHLER, ALBERT WAXMAN, and ROBERT C. AMMERMAN,

   Plaintiffs,

vs.

BRADLEY PATT, JOSEPH MILLER, JAN IWANCZYK, and SVEIN JACOBSEN,

   Defendants.

Case No. 2:14-cv-02474-PA-JC

~~PROPOSED~~ **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

Hon. Percy Anderson
Ctrm: 15

1

Before the Court is the Notice of Dismissal Without Prejudice filed by Plaintiffs David Eichler, Albert Waxman and Robert C. Ammerman. Having reviewed the Notice, IT IS HEREBY ORDERED that this case is dismissed without prejudice, and without costs to any party.

Dated: July 7, 2014

The Honorable Percy Anderson
United States District Judge